IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | | | |
|---|---|---|---|---|
| IN RE: | Sonia C. Martinez | § | Case Number: | 08-52089-GWZ-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND 9010**

PLEASE TAKE NOTICE THAT HSBC Auto Finance (f/k/a Household Auto Finance Corp) hereby gives notice as follows:

Pursuant to Bankruptcy Rule 2002 and 9010, Ascension Capital Group, Inc. hereby requests that:

(i)  all notices given or required to be given in the case; and
(ii) all pleadings and correspondence served or required to be served in this case,

regarding HSBC Auto Finance (f/k/a Household Auto Finance Corp) should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

Ascension Capital Group, Inc.
Attn:  HSBC Auto Finance (f/k/a Household Auto Finance Corp) Department
Account:  XXXXXXXXXXX1046
P.O. Box 201347
Arlington, TX 76006

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ S. Blair Korschun
S. Blair Korschun
Bankruptcy Servicer for HSBC Auto Finance (f/k/a Household Auto Finance Corp)
Ascension Capital Group, Inc.
P.O. Box 201347
Arlington, TX 76006
(817) 277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 383445

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 7th day of November, 2008.

/s/ S. Blair Korschun
S. Blair Korschun

| Trustee: | Company: | Attorney for Debtor: |
|---|---|---|
| William A Van Meter | HSBC Auto Finance (f/k/a Household Auto Finance Corp) | Nathan R Zeltzer |
| Trustee of the U.S. Bankruptcy Court | 6602 Convoy Court | Law Office of Nathan R. Zeltzer |
| 1225 Westfield Avenue,, Suite 8 | San Diego, CA 92111 | 333 Marsh Avenue, Suite 1A |
| Reno, NV 89513 | | Reno, NV 89509 |
| US Trustee: | | |
| Nicholas Strozza | | |
| Trustee of the U.S. Bankruptcy Court | | |
| 300 Booth St. Suite 2129 | | |
| Reno, NV 89509 | | |